THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TITLE AND MORTGAGE COMPANY against WILLIAM S. MILLER et al., Defendants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 1200 MADISON AVENUE CORPORATION against WILLIAM S. MILLER et al., Defendants. (Two Proceedings.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN TRUST CO., as Trustee, against WILLIAM S. MILLER et al., Defendants. (Two Proceedings.)

In the Matter of 1200 MADISON AVENUE CORPORATION, Appellant; BROOKLYN TRUST COMPANY, as Trustee, Respondent.

Submitted February 24, 1942; decided March 5, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 685.)